AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

ASTRAZENECA PHARMACEUTICALS LP, and
ASTRAZENECA UK LIMITED, and
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

        Plaintiffs,

    v.

SUN PHARMACEUTICAL INDUSTRIES LTD., and
SUN PHARMACEUTICAL INDUSTRIES INC., and
CARACO PHARMACEUTICAL LABORATORIES LTD.,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO:

    Caraco Pharmaceutical Laboratories Limited
    c/o Secretary of State
    John G. Townsend Building
    401 Federal Street
    Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Mary W. Bourke, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          DEC 1 1 2007

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE December 11 2007 |
| NAME OF SERVER (PRINT) Bryan Stulkie | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State United d Street Div of Bgd. Service was accepted by Karen Charbonneau @ 2:25 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/11/07
           Date

Signature of Server

15 East North Street Dover DE 19901
Address of Server

580208

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.