**IN THE UNITED STATES DISTRICT COURT**
**FOR DELAWARE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMACEUTICAL INDUSTRIES INC., and CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>    Defendants. | Civil Action No.: 07-806 |

**DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs state that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals Inc. No other publicly-held corporation owns 10% or more of the stock of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, or IPR Pharmaceuticals Inc.

Shionogi Seiyaku Kabushiki Kaisha has no parent corporation. No publicly-held corporation owns 10% or more of the stock of Shionogi Seiyaku Kabushiki Kaisha.

                    Respectfully submitted,

                    __/s/ Mary W. Bourke_____

Dated: December 14, 2007      Mary W. Bourke (#2356)
                    Connolly Bove Lodge & Hutz LLP
                    1007 N. Orange Street
                    Wilmington, DE 19899
                    Telephone: (302) 658-9141
                    Facsimile: (302) 658-5614
                    mbourke@cblh.com

*Of Counsel:*

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceutical LP, AstraZeneca UK*
*Limited, IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

581695