## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

       Plaintiffs,

       v.

SUN PHARMACEUTICAL INDUSTRIES LTD.,

and

SUN PHARMACEUTICAL INDUSTRIES INC.,

and

CARACO PHARMACEUTICAL
LABORATORIES LTD.,

       Defendants.

Civil Action No.: 07-806-JJF-LPS

### NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1) and the stipulation filed herewith as Exhibit A, Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, hereby dismiss this lawsuit against Defendants Sun Pharmaceutical Industries Inc. ("Sun USA") and Caraco Pharmaceutical Laboratories Ltd. ("Caraco"), which have not served an answer or filed a motion for summary judgment.  Pursuant to the agreement of the parties, the dismissal will be without prejudice until the deadline for adding parties to be set by the Court's scheduling order.  If, prior to this deadline, Plaintiffs have not moved to add Sun USA or Caraco to the action, the voluntary dismissal will be with prejudice.  The voluntary dismissal will likewise be with prejudice if any motion by Plaintiffs to add Sun USA or Caraco made prior to this deadline is denied.

Respectfully submitted,

_/s/ Mary W. Bourke_____
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs.*

Dated: January 2, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>      v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>and<br><br>SUN PHARMACEUTICAL INDUSTRIES INC.,<br><br>and<br><br>CARACO PHARMACEUTICAL<br>LABORATORIES LTD.,<br><br>      Defendants. | Civil Action No.: 07-806-JJF-LPS |

**STIPULATION REGARDING VOLUNTARY DISMISSAL
OF SUN PHARMACEUTICAL INDUSTRIES LTD. AND
CARACO PHARMACEUTICAL LABORATORIES LTD. UNDER FED. R. CIV. P. 41(a)**

Whereas Sun Pharmaceutical Industries Ltd. ("Sun Ltd.") asked AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs") to voluntarily dismiss Sun Pharmaceutical Industries, Inc. ("Sun USA") and Caraco Pharmaceutical Laboratories, Ltd. ("Caraco") from Civil Action No. 07-810 in the U.S. District Court for the District of Delaware;

Whereas Sun Ltd. represents that Sun USA and Caraco are not named in Abbreviated New Drug Application No 79-169 or its related papers and that no basis exists to name either Sun USA or Caraco as defendants in the litigation;

NOW, THEREFORE, Plaintiffs and Sun Ltd. hereby stipulate and agree as follows:

1.  Sun Ltd. agrees not challenge the Court's exercise of personal jurisdiction over it in this matter without prejudice to Sun Ltd.'s right to challenge the Court's exercise of personal jurisdiction over it in future matters and agrees not to contest service of process in this matter.

2.  Plaintiffs agree to dismiss Sun USA and Caraco from the action based on Sun Ltd.'s representations that Sun USA and Caraco each are not named in ANDA No. 79-169 or its related

584190

papers and that no basis exists to name either entity as defendants in this action, and subject to Sun Ltd.'s agreement relating to jurisdiction and service.

3.  Plaintiffs' voluntary dismissal of Sun USA and Caraco will be without prejudice until the deadline for adding parties to be set by the Court's scheduling order.  If, prior to this deadline, Plaintiffs have not moved to add Sun USA or Caraco to the action, the voluntary dismissal will be with prejudice.  The voluntary dismissal will likewise be with prejudice if any motion by Plaintiffs to add Sun USA or Caraco made prior to this deadline is denied.


 /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs.*

 /s/  Kevin G. Abrams
**Kevin G. Abrams (#2375)**
**John M. Seaman (#3868)**
ABRAMS & LASTER LLP
20 Montchanin Road
Suite 200
Wilmington, DE  19807
Telephone: 302-778-1002
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com
*Attorneys for Defendant Sun Pharmaceutical Industries Ltd.*


Dated: January 2, 2008


584190