## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

      Plaintiffs,

      v.

SUN PHARMACEUTICAL INDUSTRIES LTD.,

and

SUN PHARMACEUTICAL INDUSTRIES INC.,

and

CARACO PHARMACEUTICAL
LABORATORIES LTD.,

      Defendant.

Civil Action No.: 07-806-JJF-LPS

## STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Sun Pharmaceuticals Industries Ltd. shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008.

584187

 /s/ Mary W. Bourke_____           /s/  Kevin G. Abrams_____
**Mary W. Bourke (#2356)**                    **Kevin G. Abrams (#2375)**
CONNOLLY BOVE LODGE & HUTZ LLP                **John M. Seaman (#3868)**
1007 N. Orange Street                         ABRAMS & LASTER LLP
Wilmington, DE 19899                          20 Montchanin Road
Telephone:  (302) 658-9141                    Suite 200
Facsimile:  (302) 658-5614                    Wilmington, DE  19807
mbourke@cblh.com                              Telephone: 302-778-1002
*Attorneys for Plaintiffs.*                   Facsimile: 302-778-1001
                                              abrams@abramslaster.com
                                              seaman@abramslaster.com
                                              *Attorneys for Defendant Sun Pharmaceutical*
                                              *Industries Ltd.*


Dated: January 2, 2008

       SO ORDERED this _____day of January, 2008.


                             _____
                             United States District Judge