IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>　　　　Defendant. | Civil Action No.: 07-806-JJF-LPS |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
SUN PHARMACEUTICAL INDUSTRIES LTD.,
PURSUANT TO 10 *DEL. C.* § 3104**

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively referred to as "Plaintiffs") hereby provide proof of service of the process and complaint upon Defendant Sun Pharmaceutical Industries Ltd. ("Defendant") pursuant to 10 *Del. C.* § 3104 by filing the receipt for registered mail and return receipt. Attached as Exhibit A is the Affidavit of Kristen Healey Cramer, Esq., stating that the non-resident Defendant was served with the notice required by and pursuant to 10 *Del. C.* § 3104, and that the return receipt was received. The receipt for registered mail and the return receipt are attached as Exhibit 1 to the Affidavit.

584332

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

  /s/ Kristen Healey Cramer
**Kristen Healey Cramer (#4512)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
kcramer@cblh.com

*Of Counsel:*

Ford F. Farabow
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400


Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceuticals LP, AstraZeneca UK*
*Limited, IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha.*

Dated: January 4, 2008

584332

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>    Defendant. | Civil Action No.: 07-806-JJF-LPS |

### AFFIDAVIT OF KRISTEN HEALEY CRAMER, ESQ.

I, Kristen Healey Cramer, being duly sworn according to law do depose and say:

1.  I am an attorney for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.

2.  To the best of my knowledge, Sun Pharmaceutical Industries Ltd. ("Defendant") has address of Acme Plaza, Andheri - Kurla Rd, Andheri (E), Mumbai - 400 059.

3.  On December 11, 2007, Bryan Steilkie, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4.  On December 20, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del. C.* § 3104 to Defendant in care of James F. Hurst, Esquire, Winston & Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601. Defendant designated Mr. Hurst at the above address to accept service of process on behalf of Defendant in a letter notifying Plaintiffs that Defendant had filed an ANDA.

5.  On January 3, 2008, I received the return receipt from the United States Post Office.

584332

6. I have attached hereto as Exhibit 1 the return receipt (i.e., the green card) indicating Defendant's receipt of the summons and complaint.

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 4th day of January, 2008.

_____
Notary Public

CHARLES A. KUHN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 1, 2008

- 2 -

584332

# EXHIBIT 1

584332

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x [signature: Boston]  ☐ Agent  ☐ Addressee | |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Sun Pharmaceutical Industries Ltd.<br>c/o James F. Hurst, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail      ☐ Express Mail<br>☒ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)  RB 972 229 747 US | | |
| PS Form 3811, February 2004    Domestic Return Receipt | | 102595-02-M-1540 |