IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD., and SUN PHARMACEUTICAL INDUSTRIES INC., CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>Defendants. | C.A. No. 07-806-JJF-LPS |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF DANE A. DROBNY

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun Pharmaceutical Industries Ltd. in the above matter: Dane A. Drobny, Winston & Strawn LLP, 35 W. Wacker Drive Chicago, Illinois 60601-9703, 312.558.5600. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

WINSTON & STRAWN LLP
Dane A. Drobny
35 W. Wacker Drive
Chicago, IL 60601-9703
312.558.5600
ddrobny@winston.com

Charles B. Klein
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cklein@winston.com

DATED: January 11, 2008

/s/ John M. Seaman
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendants*
*Sun Pharmaceutical Industries Ltd.*

{A&L-00049418-}

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States Magistrate Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Dane A. Drobny, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 10, 2008

Dane A. Drobny
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312.558.5600
ddrobny@winston.com

{A&L-00049418-}