IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br> ASTRAZENECA UK LIMITED, and <br> IPR PHARMACEUTICALS, INC., and <br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br> and SUN PHARMACEUTICAL INDUSTRIES INC., <br> CARACO PHARMACEUTICAL LABORATORIES <br> LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-806-JJF-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF CHARLES B. KLEIN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun Pharmaceutical Industries Ltd. in the above matter: Charles B. Klein, Winston & Strawn LLP, 1700 K Street, N.W. Washington, D.C. 20006-3817, 202.282.5000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

WINSTON & STRAWN LLP
Dane A. Drobny
35 W. Wacker Drive
Chicago, IL 60601-9703
312.558.5600
ddrobny@winston.com

Charles B. Klein
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cklein@winston.com

DATED: January 11, 2008

Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendants*
*Sun Pharmaceutical Industries Ltd.*

{A&L-00049433-}

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States Magistrate Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Charles B. Klein, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 2, 2008

Charles B. Klein
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cklein@winston.com

{A&L-00049433-}