IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-806-JJF-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, LTD.'S RULE 12(b)(1) MOTION TO DISMISS PLAINTIFFS' CLAIM OF INFRINGEMENT UNDER 35 U.S.C. § 271(a) IN COUNT II OF THE COMPLAINT**

Defendant Sun Pharmaceutical Industries Ltd. ("Sun") moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss plaintiffs' claim of infringement under 35 U.S.C. § 271(a) in Count II of the Complaint. Sun relies on the accompanying Memorandum in support of this motion.

OF COUNSEL:

WINSTON & STRAWN LLP
Dane A. Drobny
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: 312.558.5600
Fax: 312.558.5700
ddrobny@winston.com

Charles B. Klein
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: 202.282.5000
Fax: 202.282.5100
cklein@winston.com

Dated: January 31, 2008

Respectfully submitted,

　/s/ John M. Seaman
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Tel: 302.778.1000
Fax: 302.778.1001
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on January 31, 2008, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**By Email**
Mary W. Bourke
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112

/s/ John M. Seaman
John M. Seaman (#3868)

IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC.,<br>and SHIONOGI SEIYAKU<br>KABUSHIKI KAISHA,<br>          Plaintiffs,<br>   v.<br><br>SUN PHARMACEUTICAL<br>INDUSTRIES LTD.,<br>          Defendant. | Civil Action No. 07-806-JJF-LPS |

## ORDER

The Court having considered Defendant Sun Pharmaceutical Industries Ltd.'s Rule 12(b)(1) Motion to Dismiss Plaintiffs' Claim of Infringement Under 35 U.S.C. § 271(a) in Count II of the Complaint and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the motion is GRANTED.

_____
Judge

{A&L-00052829-}