# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

                Plaintiffs,

      v.

Mylan Pharmaceuticals Inc.,

                Defendant.

Civ. No. 07-805-JJF-LPS

---

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

                Plaintiffs,

      v.

Sun Pharmaceutical Industries Ltd.,

                Defendant.

Civ. No. 07-806-JJF-LPS

---

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

                Plaintiffs,

      v.

Sandoz Inc.,

                Defendant.

Civ. No. 07-807-JJF-LPS

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                Plaintiffs,              :
                                         :          Civ. No. 07-808-JJF-LPS
        v.                               :
                                         :
Par Pharmaceutical Inc.,                 :
                                         :
                Defendant.               :

---

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                Plaintiffs,              :
                                         :          Civ. No. 07-809-JJF-LPS
        v.                               :
                                         :
Apotex Inc. and Apotex Corp.,            :
                                         :
                Defendants.              :

---

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                Plaintiffs,              :
                                         :          Civ. No. 07-810-JJF-LPS
        v.                               :
                                         :
Aurobindo Pharma Ltd. and               :
Aurobindo Pharma USA Inc.,              :
                                         :
                Defendants.              :

---

AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals Inc., and
Shionogi Seiyaku Kabushiki Kaisha,

               Plaintiffs,

     v.

Cobalt Pharmaceuticals Inc. and
Cobalt Laboratories Inc.,

               Defendants.

Civ. No. 07-811-JJF-LPS

## ORDER

At Wilmington this **4**th day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **February 20**th**, 2008 at 3:00 pm,** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE