IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br> ASTRAZENECA UK LIMITED, and <br> IPR PHARMACEUTICALS, INC., and <br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br> and SUN PHARMACEUTICAL INDUSTRIES INC., <br> CARACO PHARMACEUTICAL LABORATORIES <br> LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-806-JJF-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF JOHN K. HSU

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun Pharmaceutical Industries Ltd. in the above matter: John K. Hsu, Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C., 20006-3817, 202.282.5000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

WINSTON & STRAWN LLP
Dane A. Drobny
35 W. Wacker Drive
Chicago, IL 60601-9703
312.558.5600
ddrobny@winston.com

Charles B. Klein
John K. Hsu
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cklein@winston.com
jhsu@winston.com
DATED: February 11, 2008

_/s/ John M. Seaman_
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
abrams@abramslaster.com
seaman@abramslaster.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

{A&L-00053562-}

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____<br>United States Magistrate Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, John K. Hsu, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Virginia and the District of Columbia pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: February 7, 2008

John K. Hsu
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
jhsu@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing *Defendant's Motion and Order for Admission Pro Hac Vice of John K. Hsu* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following registered participants.

Mary W. Bourke
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112

       /s/ John M. Seaman
John M. Seaman (#3868)