IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD,<br><br>　　　Defendant. | Civil Action No.: 07-806-JJF-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall reply, move, or otherwise plead in response to Defendant's Counterclaims is extended to and including March 21, 2008.

*/s/ Mary W. Bourke*_____
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs*

*/s/ John M. Seaman*_____
**Kevin G. Abrams (#2375)**
**John M. Seaman (#3868)**
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com
*Attorneys for Defendant*

Dated: February 12, 2008

　　　SO ORDERED this _____day of February, 2008.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

590989

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**John M. Seaman**
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
seaman@abramslaster.com

The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| Via Email and Hand Delivery: | Via Email and Federal Express: |
|---|---|
| **Kevin G. Abrams** | Mr. Dane A. Drobny |
| **John M. Seaman** | Charles B. Klein |
| ABRAMS & LASTER LLP | **WINSTON & STRAWN LLP** |
| 20 Montchanin Road, Suite 200 | 35 W. Wacker Drive |
| Wilmington, DE 19807 | Chicago, IL 60601-9703 |
| Phone: 302-778-1000 | Phone: 312-558-5600 |
| Facsimile: 302-778-1001 | Fax: 312-558-5700 |
| abrams@abramslaster.com | ddrobny@winston.com |
| seaman@abramslaster.com | cklein@winston.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

590989