IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD,<br><br>    Defendant. | Civil Action No.: 07-806-JJF-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall respond to Defendant Sun Pharmaceutical Industries, Ltd.'s Rule 12(b)(1) Motion to Dismiss Plaintiffs' Claim of Infringement Under 35 U.S.C. § 271(a) in Count II of the Complaint is extended to and including March 20, 2008.

| | |
|---|---|
| */s/ Mary W. Bourke*_____ | */s/ John M. Seaman*_____ |
| **Mary W. Bourke (#2356)** | **Kevin G. Abrams (#2375)** |
| CONNOLLY BOVE LODGE & HUTZ LLP | **John M. Seaman (#3868)** |
| 1007 N. Orange Street | ABRAMS & LASTER LLP |
| Wilmington, DE 19899 | 20 Montchanin Road, Suite 200 |
| Telephone: (302) 658-9141 | Wilmington, DE 19807 |
| Facsimile: (302) 658-5614 | Phone: 302-778-1000 |
| mbourke@cblh.com | Facsimile: 302-778-1001 |
| *Attorneys for Plaintiffs* | abrams@abramslaster.com |
| | seaman@abramslaster.com |
| | *Attorneys for Defendant* |

Dated: February 12, 2008

SO ORDERED this _____day of February, 2008.

_____
United States District Judge

591542

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**John M. Seaman**
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
seaman@abramslaster.com

The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>Via Email and Hand Delivery:</u>
**Kevin G. Abrams (#2375)**
**John M. Seaman (#3868)**
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Fax: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com

<u>Via Email and Federal Express:</u>
Mr. Dane A. Drobny
Charles B. Klein
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
ddrobny@winston.com
cklein@winston.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591542