IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendant. | Civil Action No.: 07-806-JJF-LPS |

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

Thomas A. Stevens, Esq. (#3039)
Sr. Litigation Counsel
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
302 885 5457 (office)
Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

591139

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF. The undersigned counsel further certifies that copies of the foregoing document were served upon the following individuals in the manner indicated:

**Via Email and Hand Delivery:**
**Kevin G. Abrams**
**John M. Seaman**
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com

**Via Email and Federal Express:**
**Mr. Dane A. Drobny**
**Charles B. Klein**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
ddrobny@winston.com
cklein@winston.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591139