IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br>　　　　　　Plaintiffs,<br>　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 07-806-JJF-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, LTD.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Sun Pharmaceutical Industries Limited ("Sun"), hereby submits the following disclosure statement: Sun is a corporation organized under the laws of India, and has no parent corporation. Moreover, no publicly held company owns 10% or more of its stock.

Of Counsel:

Dane A. Drobny
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile: (312) 558-5700
ddrobny@winston.com

Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone (202) 282-5000
Facsimile: (202) 282-5100
cklein@winston.com
jhsu@winston.com

Dated: March 24, 2008

Respectfully submitted,

_/s/ Kevin G. Abrams_
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1002
Facsimile: (302) 778-1001
abrams@abramslaster.com
seaman@abramslaster.com

*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

{A&L-00059162-}