# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>　　　　　　Defendant. | Civil Action No. 07-806-JJF-LPS |

## DEFENDANT SUN PHARMACEUTICAL INDUSTRIES LTD.'S
## NOTICE OF SERVICE OF INITIAL DISCLOSURES

I hereby certify that on April 25, 2008, I caused copies of Defendant Sun Pharmaceutical Industries Ltd.'s Initial Disclosures to be served on following, by email and U.S. Mail:

Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Herny J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

{A&L-00061279-}

| | |
|---|---|
| Of Counsel: |  */s/ John M. Seaman*  <br> Kevin G. Abrams (#2375) <br> John M. Seaman (#3868) |
| Dane A. Drobny <br> WINSTON & STRAWN LLP <br> Chicago, IL 60601-9703 <br> Telephone:  312-558-5600 <br> Facsimile:  312-558-5700 <br> ddrobny@winston.com | ABRAMS & LASTER LLP <br> 20 Montchanin Road, Suite 200 <br> Wilmington, DE 19807 <br> Telephone: 302-778-1002 <br> Facsimile: 302-778-1001 <br> Abrams@abramslaster.com <br> Seaman@abramslaster.com |
| Charles B. Klein <br> John K. Hsu <br> WINSTON & STRAWN LLP <br> Washington, D.C. 2006-3817 <br> Telephone:  202-282-5000 <br> Facsimile:  202-282-5100 <br> cklein@winston.com <br> jhsu@winston.com | *Counsel for Defendant* <br> *Sun Pharmaceutical Industries, Ltd.* |

Dated: April 25, 2008