IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>　　　Defendant. | Civ. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>　　　Defendant. | Civ. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Sandoz, Inc.,<br><br>　　　Defendant. | Civ. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Par Pharmaceutical, Inc.,<br><br>    Defendant. | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>    Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>    Defendants. | Civ. No. 07-810-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.,<br><br>    Defendants. | Civ. No. 07-811-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' RULE 26(a)(1)(A) DISCLOSURES** were caused to be served on April 25, 2008 on the counsel of record listed below via electronic mail and via hand delivery to local counsel only:

*Mylan Pharmaceuticals Inc.*
**MORRIS JAMES LLP**
Mary B. Matterer, Esq.
Richard K. Hermann, Esq.
Amy Arnott Quinlan, Esq.
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Tara M. Raghavan, Esq.
Eric R. Hunt, Esq.

*Sun Pharmaceuticals Industries Limited*
**ABRAMS & LASTER LLP**
John M. Seaman, Esq.
Kevin G. Abrams, Esq.
**WINSTON & STRAWN LLP**
Charles B. Klein, Esq.
Dane A. Drobny, Esq.

*Sandoz Inc.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
George Seitz, III, Esq.
Patricia McGonigle, Esq.
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
Martin B. Pavane, Esq.
Edward V. Di Lello, Esq.
Edward M. Reisner, Esq.
Darren S. Mogil, Esq.

*Par Pharmaceutical, Inc.*
**RICHARDS, LAYTON & FINGER P.A.**
Frederick L. Cottrell, Esq.
Steven J. Fineman, Esq.

**FROMMER LAWRENCE & HAUG LLP**
Edgar H. Haug, Esq.
Daniel G. Brown, Esq.

*Apotex Inc. & Apotex Corp.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**WELSH & KATZ, LTD.**
Robert B. Breisblatt, Esq.
J. Aron Carnahan, Esq.
Laurie A. Haynie, Esq.

*Aurobindo Pharma Limited & Aurobindo Pharma USA Inc.*
**BAYARD, P.A.**
Richard D. Kirk, Esq.

**MICHAEL BEST & FRIEDRICH LLP**
Edward J. Pardon, Esq.
Jeffrey S. Ward, Esq.
Thomas P. Heneghan, Esq.

*Cobalt Pharmaceuticals, Inc. & Cobalt Laboratories Inc.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**FOLEY & LARDNER LLP**
Steve A. Maddox, Esq.
Jeremy J. Edwards, Esq.

**CONNOLLY BOVE LODGE & HUTZ LLP**

 /s/ Mary W. Bourke
Mary W. Bourke (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

4

**CERTIFICATE OF SERVICE**

    I, hereby certify that on April 25, 2008, I served a true and correct copy of the foregoing NOTICE OF SERVICE on the counsel of record listed below via electronic mail:

*Mylan Pharmaceuticals Inc.*
**MORRIS JAMES LLP**
Mary B. Matterer, Esq.
Richard K. Hermann, Esq.
Amy Arnott Quinlan, Esq.
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Tara M. Raghavan, Esq.
Eric R. Hunt, Esq.

*Sun Pharmaceuticals Industries Limited*
**ABRAMS & LASTER LLP**
John M. Seaman, Esq.
Kevin G. Abrams, Esq.
**WINSTON & STRAWN LLP**
Charles B. Klein, Esq.
Dane A. Drobny, Esq.

*Sandoz Inc.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
George Seitz, III, Esq.
Patricia McGonigle, Esq.
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
Martin B. Pavane, Esq.
Edward V. Di Lello, Esq.
Edward M. Reisner, Esq.
Darren S. Mogil, Esq.

*Par Pharmaceutical, Inc.*
**RICHARDS, LAYTON & FINGER P.A.**
Frederick L. Cottrell, Esq.
Steven J. Fineman, Esq.

**FROMMER LAWRENCE & HAUG LLP**
Edgar H. Haug, Esq.
Daniel G. Brown, Esq.

*Apotex Inc. & Apotex Corp.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**WELSH & KATZ, LTD.**
Robert B. Breisblatt, Esq.
J. Aron Carnahan, Esq.
Laurie A. Haynie, Esq.

*Aurobindo Pharma Limited & Aurobindo Pharma USA Inc.*
**BAYARD, P.A.**
Richard D. Kirk, Esq.

**MICHAEL BEST & FRIEDRICH LLP**
Edward J. Pardon, Esq.
Jeffrey S. Ward, Esq.
Thomas P. Heneghan, Esq.

*Cobalt Pharmaceuticals, Inc. & Cobalt Laboratories Inc.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**FOLEY & LARDNER LLP**
Steve A. Maddox, Esq.
Jeremy J. Edwards, Esq.

**CONNOLLY BOVE LODGE & HUTZ LLP**

  /s/ Mary W. Bourke
Mary W. Bourke (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

607512