# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-806-JJF-LPS |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF ADAM S. NADELHAFT

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun Pharmaceutical Industries Ltd. in the above matter: Adam S. Nadelhaft, Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C., 20006-3817, 202.282.5000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

WINSTON & STRAWN LLP
Dane A. Drobny
35 W. Wacker Drive
Chicago, IL 60601-9703
312.558.5600
ddrobny@winston.com

Charles B. Klein
John K. Hsu
Adam S. Nadelhaft
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

  /s/ John M. Seaman
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
abrams@abramslaster.com
seaman@abramslaster.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

DATED: May 6, 2008

{A&L-00062091-}

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

                                                _____
                                                  United States Magistrate Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Adam S. Nadelhaft, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and the District of Columbia pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: May 6, 2008

Adam S. Nadelhaft
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
anadelhaft@winston.com

{A&L-00062091-}

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, I electronically filed the foregoing *Defendant's Motion and Order for Admission Pro Hac Vice of Adam S. Nadelhaft* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following registered participants.

>Mary W. Bourke
>CONNOLLY BOVE LODGE & HUTZ LLP
>1007 N. Orange Street
>Wilmington, DE 19899
>
>Ford F. Farabow
>Charlie E. Lipsey
>York M. Faulkner
>FINNEGAN, HENDERSON, FARABOW
>GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>
>Henry J. Renk
>FITZPATRICK, CELLA, HARPER & SCINTO
>30 Rockefeller Plaza
>New York, NY 10112

                                                    */s/ John M. Seaman*
                                                    John M. Seaman (#3868)