# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Mary W. Bourke
Partner
TEL (302) 888-6305
PERSONAL FAX (302) 255-4305
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

May 19, 2008

***VIA CM/ECF & HAND DELIVERY***
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 26
Room 2325
Wilmington, DE 19801

> Re: *AstraZeneca Pharmaceuticals LP et al. v. Sun Pharmaceutical Industries Ltd., Case No. 07-806-JJF-LPS;*
> *AstraZeneca Pharmaceuticals LP et al. v. Par Pharmaceutical, Inc., Case No. 07-808-JJF-LPS;*
> *AstraZeneca Pharmaceuticals LP et al. v. Apotex Inc., et al., Case No. 07-809-JJF-LPS;*
> *Astra Zeneca Pharmaceuticals LP et al. v. Aurobindo Pharma Ltd., et al., Case No. 07-810-JJF-LPS; and*
> *AstraZeneca Pharmaceuticals LP et al. v. Cobalt Pharmaceuticals, Inc., et al., Case No. 07-811-JJF-LPS;*

Dear Judge Stark:

Now that briefing is complete on the following pending jurisdictional motions in the above-referenced related actions, Plaintiffs hereby request an oral hearing:

**07-806:** Sun's 12(b)(1) Motion to Dismiss Plaintiff's Claim of Infringement under 271(a) in Count II of the Complaint (D.I. 18).

**07-808**: AstraZeneca's Motion to Dismiss Par Pharmaceutical, Inc.'s Counterclaim Counts IV and V (D.I. 17)

**07-809:** (1) Apotex's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer to the Middle District of Florida (D.I. 13); (2) Apotex's Motion to Dismiss Under 12(b)(6), 12(b)(1), and 12(b)(7) (D.I. 16)

The Honorable Leonard P. Stark
May 19, 2008
Page 2


**07-810:**  (1)  Aurobindo's Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1) (D.I. 15); (2)  Aurobindo's Motion to Dismiss for Lack of Personal Jurisdiction and Nonjoinder (D.I. 17)

**07-811:**  Cobalt's Motion to Dismiss Count II of Complaint or Terminate the Automatic Stay  of Approval (D.I. 14)

We would also like to advise the Court that a hearing before the Judicial Panel on Multidistrict Litigation is scheduled for May 29, 2008, regarding AstraZeneca's request to consolidate Delaware Civil Action Nos. 07-805, 07-806, 07-807, 07-808, 07-809, 07-810, and 07-811 with *AstraZeneca Pharmaceutical LP et al. v. Aurobindo Pharma Limited et al.*, C.A. No. 3:07-cv-06020 (D.N.J.) and *Apotex Inc. v. AstraZeneca Pharmaceuticals LP et al.*, C.A. No. 8:08-cv-213 (M.D. Fla.) for coordinated pretrial proceedings.

Respectfully submitted,

*/s/ Mary W. Bourke*

Mary W. Bourke

612237