IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sun Pharmaceutical Industries Ltd.,<br><br>Defendant. | Civ. No. 07-806-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email and Hand Delivery:**
Kevin G. Abrams
John M. Seaman
**Abrams & Laster LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com

**Via Email and Federal Express:**
Mr. Dane A. Drobny
Charles B. Klein
John K. Hsu
Adam S. Nadelhaft
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
ddrobny@winston.com
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | /s/ Mary W. Bourke |
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 |  |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |
|  |  |
| Henry J. Renk |  |
| FITZPATRICK, CELLA, HARPER & | Thomas A. Stevens (#3039) |
| SCINTO | ASTRAZENECA PHARMACEUTICALS LP |
| 30 Rockefeller Plaza | 1800 Concord Pike |
| New York, NY 10112 | Wilmington, DE 19850-5437 |
| Telephone: (212) 218-2100 | (302) 885-5457 |
| Facsimile: (212) 218-2200 | (302) 886-8037 |
|  |  |
| *Of Counsel for Plaintiffs* | *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.* |

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

      I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

| | |
|---|---|
| Kevin G. Abrams | Mr. Dane A. Drobny |
| John M. Seaman | Charles B. Klein |
| **ABRAMS & LASTER LLP** | John K. Hsu |
| 20 Montchanin Road, Suite 200 | Adam S. Nadelhaft |
| Wilmington, DE 19807 | **WINSTON & STRAWN LLP** |
| Phone: 302-778-1000 | 35 W. Wacker Drive |
| Facsimile: 302-778-1001 | Chicago, IL 60601-9703 |
| abrams@abramslaster.com | Phone: 312-558-5600 |
| seaman@abramslaster.com | Fax: 312-558-5700 |
| | ddrobny@winston.com |
| | cklein@winston.com |
| | jhsu@winston.com |
| | anadelhaft@winston.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:   /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615279