IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br>　　　　　　　　Plaintiffs,<br>　　　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD.,<br>　　　　　　　　Defendant. | ) ) ) ) ) ) Civil Action No. 07-806-JJF-LPS ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Defendants' First Set of Interrogatories Directed to Common Discovery Issues Nos. 1-18 to Plaintiffs*, and 2) *Defendants' First Set of Requests for Production of Documents and Things (Nos. 1-157)* were caused to be served on June 9, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

*Attorneys for Plaintiffs*

|  |  |
|---|---|
| Of Counsel:<br><br>Dane A. Drobny<br>WINSTON & STRAWN LLP<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>ddrobny@winston.com<br><br>Charles B. Klein<br>John K. Hsu<br>WINSTON & STRAWN LLP<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cklein@winston.com<br>jhsu@winston.com<br><br>Dated: June 10, 2008 | */s/ John M. Seaman*<br>Kevin G. Abrams (#2375)<br>John M. Seaman (#3868)<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone: (302) 778-1000<br>Facsimile: (302) 778-1001<br>abrams@abramslaster.com<br>seaman@abramslaster.com<br><br>*Attorneys for Defendant*<br>*Sun Pharmaceutical Industries, Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and I also certify that on June 10, 2008, I caused to be served true and correct copies of the foregoing on the following counsel in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

/s/ John M. Seaman
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramslaster.com

{A&L-00065152-}