# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>            Plaintiffs, <br>v. <br><br>SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br>            Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-806-JJF-LPS ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Sun Pharmaceutical Industries, Ltd.'s Responses and Objections to Plaintiffs' First Set of Requests for the Production of Documents and Things* were caused to be served on August 6, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY and EMAIL**
Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY EMAIL and U.S. MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY EMAIL and U.S. MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**By EMAIL and U.S. MAIL**
Thomas A. Stevens
ASTRAZENECA PHARMACEUTICALS LP
1800 Concord Pike
Wilmington, DE 19850-5437
thomas.stevens@astrazeneca.com

*Attorneys for Plaintiffs*

{A&L-00070700-}

Of Counsel:

Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
ddrobny@winston.com

Charles B. Klein
John K. Hsu
Adam Nadelhaft
WINSTON & STRAWN LLP
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

Dated: August 6, 2008

*/s/ John M. Seaman*
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
abrams@abramslaster.com
seaman@abramslaster.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and I also certify that on August 6, 2008, I caused to be served true and correct copies of the foregoing on the following counsel in the manner indicated:

**BY HAND DELIVERY and EMAIL**
Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY EMAIL and U.S. MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

**BY EMAIL and U.S. MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**By EMAIL and U.S. MAIL**
Thomas A. Stevens
ASTRAZENECA PHARMACEUTICALS LP
1800 Concord Pike
Wilmington, DE 19850-5437
thomas.stevens@astrazeneca.com

_____
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramslaster.com