IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sun Pharmaceutical Industries Ltd.,<br><br>Defendant. | Civ. No. 07-806-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' RESPONSE TO SUN PHARMACEUTICAL INDUSTRIES LTD.'S FIRST SET OF INTERROGATORIES** and **PLAINTIFFS' RESPONSE TO SUN PHARMACEUTICAL INDUSTRIES LTD.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on August 11 2008 in the manner indicated:

**Via Email and Hand Delivery:**
Kevin G. Abrams
John M. Seaman
**Abrams & Laster LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com

**Via Email and Federal Express:**
Mr. Dane A. Drobny
Charles B. Klein
John K. Hsu
Adam S. Nadelhaft
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
ddrobny@winston.com
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

Respectfully Submitted:

*/s/ Mary W. Bourke*

| | |
|---|---|
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |

Henry J. Renk
FITZPATRICK, CELLA, HARPER &        Thomas A. Stevens (#3039)
SCINTO                              ASTRAZENECA PHARMACEUTICALS LP
30 Rockefeller Plaza                1800 Concord Pike
New York, NY 10112                  Wilmington, DE 19850-5437
Telephone: (212) 218-2100           (302) 885-5457
Facsimile: (212) 218-2200           (302) 886-8037

*Of Counsel for Plaintiffs*         *Attorney for AstraZeneca Pharmaceuticals LP,*
                                    *AstraZeneca UK Limited, and IPR Pharmaceuticals,*
                                    *Inc.*

Dated: August 11, 2008

## CERTIFICATE OF SERVICE

    I, hereby certify on the 11th day of August, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

Kevin G. Abrams
John M. Seaman
**ABRAMS & LASTER LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: 302-778-1000
Facsimile: 302-778-1001
abrams@abramslaster.com
seaman@abramslaster.com

Mr. Dane A. Drobny
Charles B. Klein
John K. Hsu
Adam S. Nadelhaft
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
ddrobny@winston.com
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

628599